## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Debra A. Eiklenborg,                                   Civil No. 07-3140 (RHK/AJB)

    Plaintiff,                                                **ORDER**

vs.

LDG Financial Services, LLC,

    Defendant.

---

    The above-entitled action is **DISMISSED WITH PREJUDICE** and without costs, disbursements or attorney's fees to any party.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 8, 2007

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge